## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Yousef Abdelbaqi, Individually and on behalf of Aveda, LLC DBA Aveda hair & Beauty | : CASE NO..: 2:23-cv-00652-LMA-DPC : : : : <u>DISTRICT JUDGE</u> |
| Plaintiff, | : LANCE M. AFRICK : |
| v. | : <u>MAGISTRATE JUDGE</u> :  DONNA PHILLIPS CURRAULT |
| Independent Specialty Insurance Company and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622021 | : : : : : |
| Defendants. | : : |

### **JOINT LOCAL RULE 16.4 NOTICE OF DISPOSITION OF CLAIMS**

COME NOW Defendants, Certain Underwriters at Lloyd's and other Insurers Subscribing to Binding Authority B604510568622021 ("Lloyd's") and Independent Specialty Insurance Company ("ISIC") and Plaintiffs, Yousef Abdelbaqi and Aveda, LLC d/b/a Aveda Hair & Beauty, (all parties putting forth this Notice collectively referred to as "Notifying Parties"), by and through their respective undersigned counsel, who file this Notice in accordance with Local Rule 16.4, and state the following:

All Plaintiffs' claims against all Defendants have been resolved. Plaintiffs intend to file a voluntary dismissal with prejudice of the Defendants in the near future. No other parties or claims remain.

WHEREFORE, Notifying Parties pray this Honorable Court and the Clerk take note of this Joint Local Rule 16.4 Notice of Disposition of Certain Claims.

Respectfully submitted,

By:   /s/ *Adrien R. Lorrain*_____
Adrien R. Lorrain (La. Bar No. 37494)
ROLFES HENRY CO., LPA
2113 Government Street
Suite H-2
Ocean Springs, Mississippi 39564
Telephone: (228) 207-1366
E: alorrain@rolfeshenry.com
E: ctiblier@rolfeshenry.com
E: rmansell@rolfeshenry.com

*Attorney for Defendants*

By:   /s/ *Brian G. Reaney, II*_____

Brian G. Reaney, II, (LA #38382)
The Morgan Law Group
1331 Ochsner Blvd., Ste 101
Covington, LA 70433
Telephone: (504) 399-6595
Email: breaney@morganlawgroup.net

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been electronically filed with the Clerk of Courts by using the ECF system, which will send a notice of the electronic filing to all counsel of record.

SO CERTIFIED, this 17th day of March, 2023.

                */s/ Adrien R. Lorrain*_____
                Adrien R. Lorrain